IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Railey, Elrier B

Printed: 7/17/07

Case Number: 07 B 09957
Judge: Squires, John H
Filed: 6/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: July 12, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Wholesale Lenders | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 41,317.88 | 0.00 |
| 3. | America's Wholesale Lenders | Secured | 6,517.28 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Unsecured | 0.00 | 0.00 |
| 5. | Litton Loan Servicing | Secured |  | No Claim Filed |
| 6. | Cook County Treasurer | Secured |  | No Claim Filed |
| 7. | Mercedes Benz Financial | Secured |  | No Claim Filed |
| 8. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 9. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 10. | Cook County Treasurer | Secured |  | No Claim Filed |
| 11. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 12. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 13. | Dell Plumbing And Heating | Unsecured |  | No Claim Filed |
| 14. | Mercedes Benz Financial | Unsecured |  | No Claim Filed |
| 15. | U D Registry | Unsecured |  | No Claim Filed |
| 16. | Chase | Unsecured |  | No Claim Filed |
| 17. | HFC | Unsecured |  | No Claim Filed |
| 18. | Milton A Svec Assoc | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | Nicor Gas | Unsecured |  | No Claim Filed |
| 21. | Hsbc Nv | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 47,835.16 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Railey, Elrier B | Case Number: 07 B 09957 |
| | Judge: Squires, John H |
| Printed: 7/17/07 | Filed: 6/4/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_